| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------x<br>In Re:<br><br> MICHAEL DICK,<br><br>                           **Debtor.**<br>------------------------------------------------------------------x | Presentment Date: June 27, 2019<br>Presentment Time: 10:00a.m.<br><br>  Chapter 13<br><br>  Case No. 17-23265(rdd) |

### NOTICE OF MOTION FOR AN ORDER
### GRANTING THE WITHDRAWAL OF ALLEN A. KOLBER, ESQ.
### AS ATTORNEY OF RECORD FOR DEBTOR

      **PLEASE TAKE NOTICE** that the undersigned, being the attorneys for the above referenced Debtor/Defendant hereby moves the Court for an Order to authorize the withdrawal of the Law Offices of Allen A. Kolber, Esq., as attorney of record for Debtor, on presentment to the Honorable Robert D. Drain, United States Bankruptcy Judge, at 300 Quarropas Street, White Plains, New York, NY 10601, on the **27th day of June, 2019 at 10:00 a.m.**

      **PLEASE TAKE FURTHER NOTICE** that pursuant to FRBP Rule 9014 and Local Bankruptcy Rule 9013-4, if you intend to oppose the Motion, you must serve on the Debtor's counsel and file with the Clerk of the Bankruptcy Court, written opposition to the Motion not later than three (3) business days prior to the return date of this Motion. In the event no written opposition is served and filed, no hearing on the Motion will be held before the Court on the return date, and the Court will consider the Motion as unopposed.

      **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: Rockland County, New York
       April 17, 2019

LAW OFFICES OF ALLEN A. KOLBER, ESQ.

BY:   */s/Allen A. Kolber*
      Allen A. Kolber, Esq. (AK 0243)
      Attorney for Debtor
      134 Rt. 59, Suite A
      Suffern, New York 10901
      (845) 918-1277

To:   Michael Dick, Debtor
     3 Judith Lane
     Monsey, NY 10952

     U.S. Trustee
     Office of the United States Trustee
     U.S. Federal Office Building
     201 Varick Street, Room 1006
     New York, NY 10014

     Krista M. Preuss, Esq.
     Chapter 13 Trustee
     399 Knollwood Road, Suite 102
     White Plains, NY 10603

**ALL PARTIES WHO HAVE FILED A NOTICE OF APPEARANCE IN THIS CASE AND PARTIES OF INTEREST LISTED ON THE ANNEXED SERVICE LIST**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------x<br>In Re:<br><br>**MICHAEL DICK,**<br><br>         **Debtor.**<br>----------------------------------------------------------------- x | Presentment Date: June 27, 2019<br>Presentment Time: 10:00a.m.<br><br> **Chapter 13**<br><br> **Case No. 17-23265(rdd)** |

# APPLICATION OF ALLEN A. KOLBER, ESQ.
# TO WITHDRAW AS ATTORNEY OF RECORD FOR DEBTOR

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

  The application of ALLEN A. KOLBER, ESQ., attorney for Debtor, MICHAEL DICK, respectfully represents:

1. This application is submitted by Allen A. Kolber, Esq., attorney for Debtor in the instant Bankruptcy case.

2. This application seeks an Order to allow Defendant's attorney, Allen A. Kolber, Esq., to withdraw as attorney of record for Debtor, MICHAEL DICK, in the instant Bankruptcy case for the reasons set forth below.

3. On August 14, 2017, the Debtor herein filed a Petition under Chapter 13 of the United States Bankruptcy Code, Title 11 of the United States Code.

4. On April 15, 2019, the Debtor and my office signed a Stipulation to permit Allen Kolber, Esq. to withdraw as attorney on this case   See Stipulation to Withdraw as Attorney annexed hereto as Exhibit "A".

5. Therefore, the undersigned is serving this Application upon presentment upon all parties.

  **WHEREFORE,** it is respectfully requested that this Court grant my application to withdraw as Debtor's attorney in the instant Ch. 13 Bankruptcy case, together with such other and further relief as the Court deems just and proper under the circumstances.

Dated: Suffern, New York
April 17, 2019

                                                                                    */s/Allen A. Kolber*
                                                                                    Allen A. Kolber, Esq. (AK 0243)
                                                                                    Attorney for Debtor
                                                                                    134 Rt. 59
                                                                                    Suffern, New York 10901
                                                                                    (845) 918-1277

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

    **MICHAEL DICK,**

                      **Debtor.**

**Chapter 13**

**Case No. 17-23265(rdd)**

------------------------------------------------------------------- x

### ORDER GRANTING WITHDRAWAL OF ALLEN A. KOLBER, ESQ. AS ATTORNEY OF RECORD FOR DEFENDANT IN THE ADVERSARY PROCEEDING

**UPON** the Motion of Allen A. Kolber, Esq., attorney for Debtor MICHAEL DICK, filed April 17, 2019 for an Order granting his withdrawal as attorney of record for the Debtor; and there being no objections to the requested relief, and no additional notice of or a hearing on the Motion being required under the circumstances; and, after due deliberation, and good and sufficient cause appearing, it is hereby

**ORDERED** that Allen A. Kolber, Esq. be withdrawn as attorney of record for the Debtor.

Dated: White Plains, New York
       _____, 2019

                                                    HON. ROBERT D. DRAIN
                                                    U.S. Bankruptcy Judge