UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                    Case No.: 17-23265-shl
                                                          Chapter 13
MICHAEL DICK,

                    Debtor.
_____

## ORDER PURSUANT TO 11 U.S.C. § 362(d)
## MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion, dated January 24, 2019 (the "Motion"), of Arvest Central Mortgage Company f/k/a Central Mortgage Company (with any subsequent successor or assign, the "Mortgagee"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in this case by Bankruptcy Code § 362(a) as to the Mortgagee's interest in the real property located at 3 Judith Lane, Monsey, New York 10952 (the "Property") to allow the Mortgagee's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on May 8, 2019; and Michael Dick (the "Debtor") and there being no opposition to the requested relief; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by Bankruptcy Code § 362(a) is vacated under Bankruptcy Code § 362(d) as to the Mortgagee's interest in the Property to allow the Mortgagee's enforcement of its rights in, and remedies in and to, the Property, including, without limitation, loss mitigation, foreclosure and eviction proceedings; and it is further

ORDERED that the Creditor shall promptly report and turn over to the chapter 13 trustee any surplus proceeds of the Property.

Dated:  White Plains, New York
          May 14, 2019

/s/ Sean H. Lane____
Hon. Sean H. Lane
United States Bankruptcy Judge